UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

WARREN LAW GROUP
519 8th Avenue, 25th Floor
New York, New York 10018
201-697-2392
Attorneys for Debtor-in-Possession
By: Jorge R. Salva (JS-0702)
    jsalva@warren.law

In Re:

NEST GLOBAL SOLUTIONS, LLC,

Debtor.

Case No.: 23-18405

Judge: JKS

Chapter: 11

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, __Nest Global Solutions, LLC__, is the (check all that apply):

   ☐ Trustee:       ☐ Chap. 7        ☐ Chap. 11       ☐ Chap. 13.

   ☒ Debtor:        ☒ Chap. 11       ☐ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional __Warren Law Group__ to serve as (check all that apply):

   ☒ Attorney for:     ☐ Trustee        ☒ Debtor-in-Possession

   ☐ Official Committee of _____

   ☐ Accountant for:   ☐ Trustee        ☐ Debtor-in-possession

   ☐ Official Committee of _____

☐ Other Professional:

☐ Realtor  ☐ Appraiser  ☐ Special Counsel

☐ Auctioneer  ☐ Other (specify): _____

3. The employment of the professional is necessary because:
The complexity of the Debtor's financial issues and underlying circumstances requires employment of experienced Chapter 11 counsel.

4. The professional has been selected because:
Warren Law Group has a long-standing relationship with the Debtor and employs bankruptcy counsel experienced in handling complex Chapter 11 proceedings.

5. The professional services to be rendered are as follows:
perform all necessary services as Debtor's counsel that are related to the Debtor's liquidation and the bankruptcy estate; assist the Debtor in protecting and preserving the estate assets; prepare all documents and pleadings; all other necessary legal services

6. The proposed arrangement for compensation is as follows:
Further compensation as allowed by Court. $650 an hour and below for partners; $600 an hour for Ms. Ortiz's time; $475 an hour and below for associates; $250 an hour for paralegal services.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐ None

☒ Describe connection: Prior representation of the Debtor and certain managing members in underlying litigation.

2

8. To the best of the applicant's knowledge, the professional (check all that apply):

   ☒ does not hold an adverse interest to the estate.

   ☒ does not represent an adverse interest to the estate.

   ☒ is a disinterested person under 11 U.S.C. § 101(14).

   ☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

   ☐ Other; explain: _____

   _____

   _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: Not applicable.

   _____

   _____

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: 11/6/23

_____
Signature of Applicant

*rev.8/1/15*

3