UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WARREN LAW GROUP
519 8th Avenue, 25th Floor
New York, New York 10018
201-697-2392
Attorneys for Debtor-in-Possession
By:  Jorge R. Salva (JS-0702)
      jsalva@warren.law

In Re:

Nest Global Solutions, LLC,

Debtor.

Case No.: 23-18405
Adv. Pro. No.: 
Chapter: 11
Subchapter V: ☒ Yes ☐ No
Hearing Date: 11/21/2023
Judge: JKS

## ADJOURNMENT REQUEST

1. I, __Jorge R. Salva__,

   ☒ am the attorney for: __Nest Global Solutions, LLC, the debtor in this action__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Objection to Debtor's Application to Retain Warren law Group as Counsel.

   Current hearing date and time: 11/21/2023 at 10:00 a.m.

   New date requested: 12/05/2023

   Reason for adjournment request: Seeking additional time for Debtor to find substitute counsel.

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 11/17/2023                                         /s/ Jorge R. Salva
                                                         Signature

**COURT USE ONLY:**

The request for adjournment is:

❑ Granted            New hearing date: _____      ❑ Peremptory

❑ Granted over objection(s)   New hearing date: _____   ❑ Peremptory

❑ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*