

519 8TH AVENUE, 25TH FLOOR
NEW YORK, NY 10018
866.WLG.ROUP • warren.law

December 11, 2023

**VIA ECF**

Honorable John K. Sherwood
United States Bankruptcy Judge for the District of New Jersey
50 Walnut Street, 3rd Floor
Newark, N.J. 07102

        Re:   *In Re Nest Global Solutions, LLC*
             **(Bankruptcy Case No. 23-18405-JKS)**
             **Withdrawal as Debtor's Counsel**

Dear Judge Sherwood:

      This office has previously served as legal counsel to Nest Global Solutions, LLC ("NEST") in the above referenced bankruptcy case. On November 6, 2023, the Warren Law Group ("WLG") moved the Bankruptcy Court for approval as NEST's legal counsel. (Docket No. 17). On November 13, the United States Trustee's (the "UST") filed his objections to NEST's proposed retention of WLG primarily on grounds of conflicts of interest arising from WLG's simultaneous representation of certain officers of NEST in two litigations before the New Jersey Superior Court, Middlesex County Law Division, (the "State Cases"). (Docket No. 18).

      Since the UST's objection, NEST has engaged the law firm of Scarinci Hollenbeck, LLC (the "Scarinci Firm") to substitute WLG as NEST's legal counsel. The Scarinci Firm has in turn filed its own motion to serve as substitute legal counsel to NEST in this bankruptcy case, the motion of which is returnable tomorrow, December 12, before Your Honor. (Docket No. 27).

      The purpose of this letter is to advise Your Honor that WLG hereby withdraws its own retention motion and has no objection to the Scarinci Firm serving as successor legal counsel to NEST in this bankruptcy case. We further advised the other defendants whom WLG represented in the State Cases that we will be withdrawing entirely therefrom and we will be filing formal notices of withdrawal with the state court in both cases this week.

      We thank Your Honor for consideration of our prior application and this letter.

                                                                     Respectfully,

                                                                     *Jorge Salva /S/*

                                                                      **Jorge Salva**
                                                                      Warren Law Group
                                                                      519 Eighth Ave., 25th Fl.
                                                                      New York, NY 10018
                                                                      (212) 390-0411
                                                                      jsalva@warren.law