UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**SCARINCI HOLLENBECK, LLC**
**DAVID EDELBERG, ESQ. (022381983)**
150 Clove Road, 9th Floor.
Little Falls, New Jersey 07424
(201) 896-7701 (Tel)
(201) 896-7084 (Fax)
dedelberg@sh-law.com
*Counsel for Nest Global Solutions, LLC*

In Re:

NEST GLOBAL SOLUTIONS, LLC

Debtor.

Chapter 11

Case No.: 23-18405-JKS

**ORDER AUTHORIZING THE DEBTOR TO RETAIN
JONATHAN STONE, ESQUIRE AS SPECIAL COUNSEL**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED.**

Debtor:         Nest Global Solutions, LLC
Case No:        23-18405-JKS
Caption of Case: **ORDER AUTHORIZING THE DEBTOR TO RETAIN SPECIAL COUNSEL**
Page 2 of 3

Upon the Application (the "Application") of Nest Global Solutions, LLC (the "Debtor"), as debtor and debtor-in-possession herein, seeking the entry of an order pursuant to sections 327(e) and 328(a) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey (the "Local Bankruptcy Rules"), authorizing the Debtor to employ and retain Jonathan Stone, Esquire (the "Stone Firm") as the Debtor's Special Counsel for the purposes set forth in the Application; and upon the Certification of Jonathan Stone, Esquire (the "Stone Cert"); and the Court being satisfied, based on the representations made in the Application and the Stone Cert that the Stone Firm represents or holds no interest adverse to the Debtor or to its estate as to the matters upon which it is to be engaged, and further that the Stone Firm is "disinterested" under section 101(14) of the Bankruptcy Code, and that the employment of the Stone Firm is necessary and in the best interests of the Debtor and its estate; and the Court having reviewed the Application and having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; that this proceeding is a core proceeding pursuant to 28 U.S.C. §157(b)(2); that venue is proper in this district pursuant to 28 U.S.C. §1409; and that due and sufficient notice of the Application has been given and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED**, that pursuant to section 327(e) of the Bankruptcy Code, the Debtor is authorized to employ and retain the Stone Firm as Special Counsel for tax preparation and tax resolution services; and it is further

4872-4147-2660, v. 3

Debtor:         Nest Global Solutions, LLC
Case No:        23-18405-JKS
Caption of Case: **ORDER AUTHORIZING THE DEBTOR TO RETAIN SPECIAL COUNSEL**
Page 3 of 3

      **ORDERED**, that the Stone Firm shall be entitled to an allowance of compensation and reimbursement of expenses upon the submission of a formal fee application and court approval of same in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and such other orders as the Court may enter.

4872-4147-2660, v. 3