**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET**

| | | | |
|---|---|---|---|
| Debtor: | Nest Global Solutions, LLC | Applicant: | Jonathan Stone, Esquire |
| Case No.: | 23-18405-JKS | Client: | Nest Global Solutions, LLC |
| Chapter: | 11 | Case Filed: | September 26, 2023 |

**SECTION 1**
**FEE SUMMARY**

☐ Interim Fee Application No. _____ or ☑ Final Fee Application

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $ 0 | $ |
| Total Fees Allowed To Date: | $ 0 | $ |
| Total Retainer (If Applicable) | $ 0 | $ |
| Total Holdback (If Applicable) | $ 0 | $ |
| Total Received By Applicant | $ 0 | $ |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Jonathan Stone, Esquire | 2002 | 29.80 | 400.00 | 11,920.00 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | 11,920.00 |

| | |
|---|---|
| Fee Totals: | 11,920.00 |
| Disbursements Totals: | 0.00 |
| Total Fee Application | 11,920.00 |

**SECTION II**
**SUMMARY OF SERVICES**

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) **Asset Disposition** Sales, leases, abandonment and related transaction work. | | |
| c) **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | | |
| d) **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | | |
| f) **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | | |
| i) **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | | |
| j) **Financing** Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) **Litigation** Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| l) **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | | |
| m) **Plan and Disclosure Statement** Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| n) **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | | |
| o) **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u) **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | 29.8 | 11,920.00 |
| v) **Valuation**<br>Appraise or review appraisals of assets. | | |
| w) **Travel Time** | | |
| **SERVICE TOTALS:** | 29.8 | 11,920.00 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees** <br> Payable to Clerk of Court. | |
| b) | **Computer Assisted Legal Research** <br> Westlaw, Lexis and a description of manner calculated. | |
| c) | **Pacer Fees** <br> Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax** <br> Include per page fee charged. | |
| e) | **Case Specific Telephone/Conference Call Charges** <br> Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services** <br> Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services** <br> Including scanning services. | |
| h) | **Other Research** <br> Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting** <br> Transcripts. | |
| j) | **Travel** <br> Mileage, tolls, airfare, parking. | |
| k) | **Courier & Express Carriers** <br> Overnight and personal delivery. | |
| l) | **Postage** | |
| m) | **Other (specify)** | |
| **DISBURSEMENTS TOTAL:** | | 0.00 |

I certify under penalty of perjury that the above is true.

Date: 11/18/2024

Signature

*rev. 10/1/15*

4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCARINCI HOLLENBECK, LLC**
**DAVID EDELBERG, ESQ.**
150 Clove Road, 9th Floor.
Little Falls, New Jersey 07424
(201) 896-7701 (Tel)
(201) 896-7084 (Fax)
dedelberg@sh-law.com
*Attorneys for Nest Global Solutions, LLC*

In Re:

NEST GLOBAL SOLUTIONS, LLC

Debtor.

Chapter 11

Case No.: 23-18405-JKS

**FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES BY JONATHAN STONE, ESQUIRE TO THE
CHAPTER 11 DEBTOR**

To:  The Honorable John K. Sherwood, U.S.B.J.:

This First application for allowance of compensation of $11,920.00 and reimbursement

of expenses of $0.00 by Jonathan Stone, Esquire ("Stone") as the tax preparer to the Debtor

for the period of January 2, 2024 through September 16, 2024 is respectfully submitted

pursuant to Sections 328 and 330 of the Bankruptcy Code, 11 U.S.C. §101, et seq., Federal

Rules of Bankruptcy Procedure 2016(a), and Revised Guidelines dated March 30, 1996 for

Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11

U.S.C. §330 issued by the United States Trustee.

The application of Stone as attorney to the Debtor herein, respectfully represents:

1.      Stone is an attorney retained by the Debtor to serve as its tax preparer in this

matter.

2.      The Court entered an order approving Stone's retention on December 28, 2024.

A copy of such retention order is attached to this application as Exhibit A.

3.      This application seeks allowance of compensation for professional services rendered to the Debtor for the time period of January 2, 2024 through September 16, 2024.

4.      The value of the services rendered during the period represents Stone's usual and customary charges for services of a similar nature performed for other clients of the firm. All services were performed by Jonathan Stone at the hourly rate of $400.00. Detailed time records are attached to this application as Exhibit B.

5.      Jonathan Stone is a licensed attorney and a certified public accountant but signs all documents solely as an attorney.

6.      During the period of time covered by this fee application extensive and valuable services have been rendered by Stone. A brief summary of these services is summarized below:

      A.      Stone assisted the debtor in the preparation of monthly operating reports.

      B.      Stone reviewed the Debtor's books and entries in order to correct certain incorrect balance sheet figures.

      C.      Stone prepared and filed the Debtor's annual tax returns for 2022 and 2023.

      D.      Stone communicated with various members of the Debtor regarding various tax issues.

7.      The value of the services and expenses rendered by Stone as attorney to the Debtor is $11,920.00 for services incurred and $0.00 for expenses incurred.

8.      Stone has not previously been granted an interim allowance related to its services as indicated on the attached cover sheet.

4868-8247-3721, v. 1

**WHEREFORE,** Stone respectfully requests that the Court approve Stone's first application for compensation as attorney to the Chapter 11 Debtor in the amount of $11,920.00.

Respectfully submitted,

Dated: November 17, 2024

BY: _____
Jonathan Stone, Esquire

3

**E X H I B I T**

**A**

Order Filed on December 28, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**SCARINCI HOLLENBECK, LLC**
**DAVID EDELBERG, ESQ. (022381983)**
150 Clove Road, 9th Floor.
Little Falls, New Jersey 07424
(201) 896-7701 (Tel)
(201) 896-7084 (Fax)
dedelberg@sh-law.com
*Counsel for Nest Global Solutions, LLC*

In Re:

NEST GLOBAL SOLUTIONS, LLC

                         Debtor.

Chapter 11

Case No.: 23-18405-JKS

## ORDER AUTHORIZING THE DEBTOR TO RETAIN
## JONATHAN STONE, ESQUIRE AS SPECIAL COUNSEL

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED.**

**DATED: December 28, 2023**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor:        Nest Global Solutions, LLC
Case No:       23-18405-JKS
Caption of Case:  **ORDER AUTHORIZING THE DEBTOR TO RETAIN SPECIAL COUNSEL**
Page 2 of 3

Upon the Application (the "Application") of Nest Global Solutions, LLC (the "Debtor"), as debtor and debtor-in-possession herein, seeking the entry of an order pursuant to sections 327(e) and 328(a) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014(a) of the <u>Federal Rules of Bankruptcy Procedure (the</u> "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey (the "Local Bankruptcy Rules"), authorizing the Debtor to employ and retain Jonathan Stone, Esquire (the "Stone Firm") as the Debtor's Special Counsel for the purposes set forth in the Application; and upon the Certification of Jonathan Stone, Esquire (the "Stone Cert"); and the Court being satisfied, based on the representations made in the Application and the Stone Cert that the Stone Firm represents or holds no interest adverse to the Debtor or to its estate as to the matters upon which it is to be engaged, and further that the Stone Firm is "disinterested" under section 101(14) of the Bankruptcy Code, and that the employment of the Stone Firm is necessary and in the best interests of the Debtor and its estate; and the Court having reviewed the Application and having found that the Court has jurisdiction over this matter pursuant to <u>28 U.S.C. §§157</u> and <u>1334</u>; that this proceeding is a core proceeding pursuant to <u>28 U.S.C. §157(b)(2)</u>; that venue is proper in this district pursuant to <u>28 U.S.C. §1409</u>; and that due and sufficient notice of the Application has been given and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED**, that pursuant to section 327(e) of the Bankruptcy Code, the Debtor is authorized to employ and retain the Stone Firm as Special Counsel for tax preparation and tax resolution services; and it is further

Debtor:        Nest Global Solutions, LLC
Case No:       23-18405-JKS
Caption of Case:  **ORDER AUTHORIZING THE DEBTOR TO RETAIN SPECIAL COUNSEL**
Page 3 of 3

**ORDERED**, that the Stone Firm shall be entitled to an allowance of compensation and

reimbursement of expenses upon the submission of a formal fee application and court approval

of same in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy

Rules, the Local Bankruptcy Rules and such other orders as the Court may enter.

# EXHIBIT

# B

## Jonathan Stone, ESQ, CPA, MST, LLC

490 Schooley's Mountain Road - Bldg. 3A
Hackettstown, NJ 07840-4008
Phone: (908) 979-9919 / Fax: (908) 979-9920
Email: jonathan@jonstonelaw.com

Nest Global Solutions, LLC
Lisa Canty
292 Harris Avenue
Middlesex, NJ 08846

## Invoice

| | |
|---|---|
| Invoice Number | 336 |
| Invoice Date | 09/16/2024 |
| Payment Due On | 09/23/2024 |
| **Amount Due** | **$11,920.00** |

# Nest Global Solutions, LLC - Tax - Compliance

Nest Global Solutions, LLC - Tax - Compliance

## Fees

| Date | Description | Staff | Rate | Hours | Total |
|---|---|---|---|---|---|
| 01/02/2024 | Telephone call - left detailed message with Jessica Aichhorn, IRS Specialist at 856-792-9343. | JS | $400.00 | 0.10 | $40.00 |
| 01/22/2024 | Telephone call from Ms. Canty regarding the Monthly Operating Report, where she cannot open it and her bankruptcy attorney said that same was not signed. I resent same to Ms. Canty and Mr. Edelberg, Esquire while verifying that the Monthly Opererating Report was signed by Ms. Canty back on November 20, 2023. | JS | $400.00 | 0.10 | $40.00 |
| 01/29/2024 | Preparation of Monthly Operating Report for December of 2023 | JS | $400.00 | 0.40 | $160.00 |
| 01/30/2024 | Received, read, and analyzed email from David Edelberg, Esquire concerning the December 2023 monthly operating report. | JS | $400.00 | 0.10 | $40.00 |
| 01/31/2024 | Email to David Edelberg, Esquire responding to his question concerning the December 2023 Monthly Operating Report. | JS | $400.00 | 0.10 | $40.00 |
| 02/05/2024 | Conference call - extended - with Athena Symonette from iSolved HCM regarding the Form 941 issue. Ms. Symonette advised as to the proper protocol so I can speak with her. My sending the Court Order is ineffective according to her. | JS | $400.00 | 0.40 | $160.00 |

| Date | Description | | | |
|---|---|---|---|---|
| 02/05/2024 | Email to Lisa Canty and David Edelberg, Esquire advising that Athena Symonette will provide a form to Ms. Canty to authorize me to speak with Ms. Symonette. | JS | $400.00 | 0.10 | $40.00 |
| 02/05/2024 | Received and read email from Mr. Edelberg, Esquire advising me of the status of same. | JS | $400.00 | 0.10 | $40.00 |
| 02/07/2024 | Conversation with Lisa Canty regarding the tax controversey and resolution. | JS | $400.00 | 0.30 | $120.00 |
| 02/12/2024 | Telephone call with Lisa Canty regarding Quickbooks and cleaning same up to obtain a proper profit and loss and balance sheet. | JS | $400.00 | 0.20 | $80.00 |
| 02/13/2024 | Researched question from Ms. Canty regarding Quickbooks and provided the contact information regarding same. Then texted Ms. Canty said information. | JS | $400.00 | 0.20 | $80.00 |
| 02/13/2024 | Received and read a series of emails among David Edelberg, Lisa Canty, Ted Smith, and Joseph Anania cncerning the balance sheet and Peapack Gladstone. | JS | $400.00 | 0.20 | $80.00 |
| 02/13/2024 | Researched and analyzed file to address Mr. Edelberg's question concerning a Quickbooks entry to correct what happened in 2021. | JS | $400.00 | 0.30 | $120.00 |
| 02/13/2024 | Email to Mr. Edelberg, Ms. Canty, and Mr. Smith concerning my understanding what transpired in 2021 and that I have no knowledge concerning the current bank account information. | JS | $400.00 | 0.10 | $40.00 |
| 02/13/2024 | Email from Ms. Canty confirming that my understanding of what transpired in 2021 was correct. | JS | $400.00 | 0.10 | $40.00 |
| 03/08/2024 | Email from Lisa to Alex Spainhowser and me requesting 2022 tax returns. Prepared Dropbox Transfer and remitted same. | JS | $400.00 | 0.20 | $80.00 |
| 03/12/2024 | Telephone call from Lisa Canty concerning filing an extension without all partners due to the $150.00 fee per person. | JS | $400.00 | 0.30 | $120.00 |
| 03/12/2024 | Researched, read, analyzed, and schepardized case law regarding the partnership filing fee pursuant to N.J.S.A. 54A: 8-6 because as it stands now, the fee is $21,600.00. | JS | $400.00 | 0.40 | $160.00 |
| 03/12/2024 | Email to David Edelberg, Esquire advising him of the N.J.S.A. 54A:8-6 issue totaling $21,600.00, and asked how many owners there are for 2023. | JS | $400.00 | 0.30 | $120.00 |
| 03/13/2024 | Telephone call form Lisa Canty. She contacted an attorney who said that Nest is not in the business but instead is in a Chapter 11 liquidation. Accordingly, I am not to pay the $150.00 per owner fee when filing the extension for the income tax return. | JS | $400.00 | 0.20 | $80.00 |
| 03/13/2024 | Preparation of extension for Form 1065. | JS | $400.00 | 0.20 | $80.00 |
| 03/19/2024 | Conference call with Lisa Canty regarding Peter's issue with the 4506-T. I advised Ms. Canty that I spoke with him today and that we agreed that I will provide same by noon tomorrow. | JS | $400.00 | 0.20 | $80.00 |
| 03/19/2024 | Conference call with Peter Cimoroni regarding the 2022 tax return for purposes of the SBA. | JS | $400.00 | 0.10 | $40.00 |

| Date | Description | | Rate | Hours | Amount |
|------|-------------|--|------|-------|--------|
| 03/20/2024 | Preparation of the 607 page Nest partnership return for Peter Cimoroni, eliminating personally identifiable information. | JS | $400.00 | 0.40 | $160.00 |
| 03/20/2024 | Conversation with Peter Cimoroni regarding the 2022 Nest partnership return. | JS | $400.00 | 0.20 | $80.00 |
| 03/26/2024 | Conversation with Alex Spainhower at 760-617-8602 regarding the 2021 tax return and the $3.2 million entry on 2022 that needs to be amended. | JS | $400.00 | 0.20 | $80.00 |
| 04/04/2024 | Meeting via Teams, then Zoom, with Lisa Canty and Alex concerning the bad debt from prior year, 2021 tax return, 2022 return that Jessica needs, SBA guidance for booking the employee retention credit for Alex, and an investor wanted to abandon his investment to take a tax loss. | JS | $400.00 | 0.70 | $280.00 |
| 04/25/2024 | Telephone call with Lisa Canty concerning David Edelberg, Esquire's request for wet signatures and that he cannot open the monthly operating report for January 2024. | JS | $400.00 | 0.20 | $80.00 |
| 04/25/2024 | Analyzed IRS Proof of Claim | JS | $400.00 | 0.10 | $40.00 |
| 04/25/2024 | Telephone call - left message with Jessica Aichhorn from the IRS to resolve the IRS proof of claim issue. | JS | $400.00 | 0.10 | $40.00 |
| 04/25/2024 | Email to David Edelberg, Esquire concerning the IRS proof of claim issue and the January 2024 monthly operating report issue and possibly making a visit to the hospital. | JS | $400.00 | 0.20 | $80.00 |
| 05/04/2024 | Preparation of February 29, 2024 monthly operating report and emailed same to Lisa Canty. | JS | $400.00 | 0.50 | $200.00 |
| 05/13/2024 | Preparation of W-9 based on Alex Spaiinhower's request. | JS | $400.00 | 0.20 | $80.00 |
| 05/31/2024 | Telephone conversation with Jessica Aichorn from the IRS regarding the payroll penalty and resolution of same. (Extended call). | JS | $400.00 | 0.30 | $120.00 |
| 05/31/2024 | Based on the telephone call with Jessica Aichorn from the IRS, researched the file regarding Paycom so I can contact them concerning their alleged failure to file the 941s. | JS | $400.00 | 0.30 | $120.00 |
| 05/31/2024 | Telephone call from Lisa Canty regarding my conversation with Jessica Aichorn from the IRS regarding our call. Ms. Canty will provide the emails from Paycom so I can continue regarding the penalty. I asked Ms. Canty if Nest listed Paycom as a potential asset for recovery. | JS | $400.00 | 0.30 | $120.00 |
| 07/05/2024 | Telephone call from Ms. Canty regarding filing out the monthly operating reports. | JS | $400.00 | 0.30 | $120.00 |
| 09/12/2024 | Began preparation of Nest Global Solutions, LLC 2023 income tax return. | JS | $400.00 | 4.60 | $1,840.00 |
| 09/13/2024 | Continued preparation of Nest Global Solutions, LLC 2023 income tax return. | JS | $400.00 | 5.10 | $2,040.00 |
| 09/15/2024 | Continued n preparation of Nest Global Solutions, LLC 2023 income tax return. | JS | $400.00 | 5.60 | $2,240.00 |
| 09/16/2024 | Finalized n preparation of Nest Global Solutions, LLC 2023 income tax return. | JS | $400.00 | 5.80 | $2,320.00 |

|  | 29.80 | $11,920.00 |
|---|---|---|

|  |  |
|---|---|
| **Subtotal** | $11,920.00 |
| **Total** | $11,920.00 |