Order Filed on December 20, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCARINCI HOLLENBECK, LLC**
**DAVID EDELBERG, ESQ.**
150 Clove Road, 9th Floor.
Little Falls, New Jersey 07424
(201) 896-7701 (Tel)
(201) 896-7084 (Fax)
dedelberg@sh-law.com
*Attorneys for Nest Global Solutions, LLC*

In Re:

NEST GLOBAL SOLUTIONS, LLC

Debtor.

Chapter 11

Case No.: 23-18405-JKS

## ORDER GRANTING ALLOWANCES ON FIRST INTERIM PETITION FOR COMPENSATION TO ACCOUNTANTS FOR THE DEBTOR

The relief set forth on the following page numbered two (2) is hereby ORDERED.

**DATED: December 20, 2024**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Case No. 23-18405 (JKS)
Case Name. NEST GLOBAL SOLUTIONS, LLC
Caption: ORDER GRANTING ALLOWANCES ON FIRST INTERIM PETITION FOR COMPENSATION TO ACCOUNTANTS FOR THE DEBTOR

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Jonathan Stone, Esq., CPA | $11,920.00 | $0.00 |

4887-9488-0761, v. 1